■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD BUTLER, Appellant.—Judgment, Supreme Court, New York County (Leon Becker, J.), rendered on May 21, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Kassal, Rosenberger and Smith, JJ.

■ In the Matter of WHITNEY MUSEUM OF AMERICAN ART v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL.—Reargument denied, and leave to appeal to Court of Appeals granted, as indicated. Concur—Sandler, J. P., Sullivan, Ellerin and Smith, JJ.

■ DOE v AXELROD.—Leave to appeal to Court of Appeals granted, as indicated. Concur—Kupferman, J. P., Sullivan, Milonas and Ellerin, JJ.